STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Juan Alfredo Bermudez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    Vs.<br><br>JUAN ALFREDO BERMUDEZ,<br><br>        Defendant. | No. CR-05-0118-MMC<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER PERMITING OUT OF DISTRICT TRAVEL<br><br>Honorable Maxine M. Chesney |

    Defendant Juan Alfredo Bermudez, by and through his attorney, Steven F. Gruel, hereby requests that he be permitted to travel outside the Northern District of California so that he may attend to family matters outside the state of California in Arizona. Mr. Bermudez would leave the Northern District of California on November 24, 2009, stay with his son in Chandler, Arizona and then return to this district no later than November 30, 2009.

    Mr. Bermudez's Pretrial Officer, Josh Libby, who is assigned to this case is aware of this matter and does not oppose this request.  Mr. Bermudez has provided a detailed itinerary to Pretrial Services including a telephone number and/or address where he can be reached during that time.  The prosecution does not oppose this request.

SO STIPULATED:

DATED: 11/18/09

            __/s/_____
            STEVEN F. GRUEL
            Attorney for Juan Alfredo Bermudez

DATED: 11/18/09

            __/s/_____
            DAVID C. HALL
            Assistant United States Attorney

## [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Juan Alfredo Bermudez is permitted to leave the Northern District of California from November 24, 2009 through November 30, 2009 as described above.

IT IS SO ORDERED.

Dated: November 19, 2009      _____
                                        HONORABLE MAXINE M. CHESNEY
                                        United States District Court Judge