JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

C. DAVID HALL (CSBN 66081)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7168
Attorneys for Plaintiff

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0118 MMC |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS AND (~~PROPOSED~~) ORDER |
| v. ) | |
| JUAN ALFREDO BERMUDEZ, ) | |
| Defendant. ) | |

The United States Attorney's Office for the Northern District of California moves to dismiss the charges against Juan Alfredo Bermudez without prejudice in the above entitled indictment pursuant to Federal Rule of Criminal Procedure 48 (a).

DATED: January 27, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

C. DAVID HALL
Assistant United States Attorney

MOTION TO DISMISS
[CR 05-0118] [MMC]

1  (PROPOSED) ORDER

2        Upon the motion of the United States, the proceedings in the above entitled matter is
3  dismissed without prejudice as to the defendant Juan Alfredo Bermudez.
4  Dated: 1/27/10
5
6
7  HON. MAXINE M. CHESNEY
   United States District Court Judge
8

MOTION TO DISMISS
[CR 05-0118] [MMC]